# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RYAN C. INMAN, | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| TECHNICOLOR SA, et al., | : | |
| Defendants | : | No. 2:11-CV-00666-GLL |

## ORDER

AND NOW, this 20th day of June, 2011, upon consideration of the Joint Motion of plaintiff, Ryan C. Inman, and defendant, Technicolor SA, requesting entry of an order substituting Technicolor USA, Inc., as the defendant in this lawsuit in place of Technicolor SA, **IT IS ORDERED** that this Motion is **GRANTED** and that plaintiff's Complaint and all other pleadings or papers already filed in this lawsuit as of this date are amended to reflect Technicolor USA, Inc., as the named defendant in this lawsuit in place of Technicolor SA. Further, the Clerk of this Court is directed to amend the docket for this case to reflect Technicolor USA, Inc., as the named defendant in this lawsuit in place of Technicolor SA.

Further, by agreement among Plaintiff and defendant, Technicolor SA, and Technicolor USA, Inc., during the pendency of this lawsuit, the statute of limitations against Technicolor SA is hereby tolled and, despite this agreed upon substitution, in the event the facts warrant it, Plaintiff's ability to rename Technicolor SA is hereby preserved.

{M0935498}

BY THE COURT:

_____
Hon. Gary L. Lancaster,
Chief U.S. District Judge

{M0935498}