IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RYAN C. INMAN, )
    Plaintiff, )
)
v. ) Civil Action No. 11-666
)
TECHNICOLOR SA, ET AL., )
    Defendants. )

ORDER

AND NOW, this 21st day of June, 2011, upon consideration of plaintiff's Motion to Join Claims and/or Consolidate Docket [documents #70], IT IS HEREBY ORDERED that the motion is GRANTED and the parties shall proceed as follows:

1. Civil Action No. 11-748 is consolidated with Civil Action No. 11-666 the lead case captioned above.

2. All pleadings, motions, and other documents hereafter shall be filed at Civil Action No. 11-666.

3. The Clerk of Court shall close Civil Action No. 11-748.

BY THE COURT:

_____, C.J.
Hon. Gary L. Lancaster,
Chief United States District Judge

cc: All Parties of Record