IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RYAN C. INMAN, | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| TECHNICOLOR USA, INC., *et al.*, | : | |
| Defendants | : | No. 2:11-CV-00666-GLL |

**ORDER**

**AND NOW**, this 6th day of July, 2011, upon consideration of the Motion of plaintiff, Ryan C. Inman, requesting entry of an order substituting PM of America, as the defendant in this lawsuit in place of Svetlana, **IT IS ORDERED** that this Motion is **GRANTED** and that plaintiff's Complaint and all other pleadings or papers already filed in this lawsuit as of this date are amended to reflect PM of America, as the named defendant in this lawsuit in place of Svetlana. Further, the Clerk of this Court is directed to amend the docket for this case to reflect PM of America, as the named defendant in this lawsuit in place of Svetlana.

Further, as agreed by Plaintiff and counsel for PM of America, upon the granting of this Order, Plaintiff is to effectuate service on PM of America through counsel for PM of America.

BY THE COURT:

_____
U.S.D.J.

3