IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RYAN C. INMAN, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 11-666 |
| | ) | |
| TECHNICOLOR SA, ET AL., | ) | |
|     Defendant. | ) | |

ORDER

AND NOW, this 13 day of July, 2011, upon consideration of plaintiff's Motion to Stay Motions to Dismiss and for Leave to File an Amended Complaint [document #122], IT IS HEREBY ORDERED that the motion is GRANTED. Plaintiff shall file his amended complaint on or before July 22, 2011. Defendants' responses and/or answers to plaintiff's amended complaint shall be due on or before August 5, 2011.

IT IS FURTHER ORDERED, in light of plaintiff's forthcoming amended complaint, defendants' pending motions [documents #13, 82, 85, 102, 104 and 123] are DENIED WITHOUT PREJUDICE.

BY THE COURT:

_____, C.J.
Hon. Gary L. Lancaster,
Chief United States District Judge

cc: All parties of record