**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| RYAN C. INMAN, | : | ELECTRONICALLY FILED |
| | : | |
| Plaintiff, | : | 2:11-cv-00666-GLL |
| | : | |
| v. | : | |
| | : | |
| TECHNICOLOR SA, et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER GRANTING PETITION TO WITHDRAW AS COUNSEL OF RECORD

AND NOW, this $\underline{26}$ day of July, 2010, the Court having reviewed the Petition to Withdraw

as Counsel of Record, IT IS HEREBY ORDERED that said Petition is granted. David J. Bodney and

Peter S. Kozinets of Steptoe & Johnson LLP, and Brian H. Simmons of Buchanan Ingersoll & Rooney PC,

are hereby withdrawn as counsel of record in the above-captioned proceeding as counsel for Defendants

Antique Electronic Supply and CE Distribution LLC a/k/a CE Manufacturing LLC.

BY THE COURT:

_____, C.J.
Hon. Gary L. Lancaster,
Chief United States District Judge