IN THE UNTIED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RYAN C. INMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 2:11-cv-0066-GLL |
| v. ) | |
| ) | |
| TECHNICOLOR USA, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER APPROVING CROSS CLAIM STIPULATION

The Court hereby approves and adopts the Cross Claim Stipulation collectively filed by the Defendants who have appeared in this case, (Document No. 144).

BY THE COURT:

_____
Hon. Gary L. Lancaster
Chief U.S. District Judge

Dated: August 5, 2011