IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RYAN C. INMAN,<br><br>Plaintiff,<br><br>v.<br><br>TECHNICOLOR USA, et. al.,<br><br>Defendants. | : ELECTRONICALLY FILED<br>:<br>: 2:11-cv-00666-GLL<br>: 2:11-cv-00748-GLL<br>:<br>:<br>:<br>: CONSOLIDATED AT:<br>: 2:11-cv-00666-GLL, effective: June 21, 2011<br>:<br>:<br>: |

## STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41 AS TO DEFENDANT DOUG'S TUBES

Pursuant to the provisions of Rule 41, it is HEREBY STIPULATED AND AGREED by

and between the parties who have appeared in this action, through their designated counsel, that

the claims of Plaintiff, Ryan C. Inman, and any cross-claims are hereby DISMISSED

WITHOUT PREJUDICE as to Defendant, Doug's Tubes.

Respectfully submitted,

Date: March 1, 2012

_(s) Jarrod T. Takah_____
Paul A. Tershel, Esq.
Jarrod T. Takah, Esq.
55 South Main St.
Washington, PA 15301
*Attorneys for Plaintiff*

MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN

THORP REED ARMSTRONG

_(s) Edward A. Miller_____
Edward A. Miller
*Counsel for Defendant-Allied Electronics, Inc.*

_(s) Randolph Struk_____
Randolph Struk
Samuel Hornak
*Counsel for Defendant-Angela Instruments*

WEBER GALLAGHER SIMPSON
STAPLETON FIRES & NEWBY

_(s) David Rosenberg_
David Rosenberg
*Counsel for Defendant-Antique Electronics
and Defendant-CE Distribution*

PION JOHNSON

_(s) J. Lawson Johnston_
J. Lawson Johnston
Anthony Carrone
*Counsel for Defendant-Brent Jessee*

DICKIE McCAMEY & CHILCOTE

_(s) Michael Sweeney_
Michael Sweeney
Lisa Barnett
*Counsel for Defendant-CBS and
Defendant-GE*

ECKERT SEAMANS CHERIN & MELLOTT

_(s) Phillip Binotto_
Phillip Binotto
Marcia DePaula
*Counsel for Defendants-New Sensor, Doug's Tubes
and PM of America*

WILLMAN & SILVAGGIO

_(s) Concetta Silvaggio_
Concetta Silvaggio
Terrance Henne
*Counsel for Defendant-MCM*

ROBB LEONARD & MULVIHILL

_(s) R. Sean O'Connell_
R. Sean O'Connell
*Counsel for Defendant-Marx/SND*

ZIMMER KUNZ

_(s) Joni Mangino_
Joni Mangino
Matthew Breneman
*Counsel for Defendant-Richardson*

ECKERT SEAMANS CHERIN & MELLOTT

_(s) Robert Hafner_
Robert Hafner
Daniel J. Sinclair
*Counsel for Defendant-Technicolor*

THOMAS THOMAS & HAFER

_(s) Suzanne Merrick_
Suzanne Merrick
*Counsel for Defendant-R.L. Grinnell*

WILSON ELSER MOSKOWITZ EDELMAN &
DICKER

_(s) Walter Jenkins_
Walter Jenkins
Salvatore A. Clemente
*Counsel for Defendant-the Tube Store and Defendant-
Tube Zone*

AND NOW, this ___2ⁿᵈ___, day of _____March_____, 2012, IT IS SO ORDERED.

BY THE COURT:

_____ J.
CHIEF JUDGE GARY L. LANCASTER