IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RYAN C. INMAN, | ELECTRONICALLY FILED |
| Plaintiff, | 2:11-cv-00666-GLL<br>2:11-cv-00748-GLL |
| v. | |
| TECHNICOLOR USA, et. al., | **CONSOLIDATED AT:**<br>2:11-cv-00666-GLL, effective: June 21, 2011 |
| Defendants. | |

## STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41 AS TO DEFENDANT R.L.GRINNELL t/d/b/a SURPLUS SALES OF NEBRASKA

Pursuant to the provisions of Rule 41, it is HEREBY STIPULATED AND AGREED by and between the parties who have appeared in this action, through their designated counsel, that the claims of Plaintiff, Ryan C. Inman, and any cross-claims are hereby DISMISSED WITHOUT PREJUDICE as to Defendant, R.L. Grinnell t/d/b/a Surplus Sales of Nebraska.

Respectfully submitted,

Date: March 1, 2012

_(s) Jarrod T. Takah_
Paul A. Tershel, Esq.
Jarrod T. Takah, Esq.
55 South Main St.
Washington, PA 15301
*Attorneys for Plaintiff*

MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN

THORP REED ARMSTRONG

_(s) Edward A. Miller_
Edward A. Miller
*Counsel for Defendant-Allied Electronics, Inc.*

_(s) Randolph Struk_
Randolph Struk
Samuel Hornak
*Counsel for Defendant-Angela Instruments*

{W0027985.1}

| | |
|---|---|
| WEBER GALLAGHER SIMPSON STAPLETON FIRES & NEWBY | PION JOHNSON |
| __(s) David Rosenberg__<br>David Rosenberg<br>*Counsel for Defendant-Antique Electronics and Defendant-CE Distribution* | __(s) J. Lawson Johnston__<br>J. Lawson Johnston<br>Anthony Carrone<br>*Counsel for Defendant-Brent Jessee* |
| DICKIE McCAMEY & CHILCOTE | ECKERT SEAMANS CHERIN & MELLOTT |
| __(s) Michael Sweeney__<br>Michael Sweeney<br>Lisa Barnett<br>*Counsel for Defendant-CBS and Defendant-GE* | __(s) Phillip Binotto__<br>Phillip Binotto<br>Marcia DePaula<br>*Counsel for Defendants-New Sensor, Doug's Tubes and PM of America* |
| WILLMAN & SILVAGGIO | ROBB LEONARD & MULVIHILL |
| __(s) Concetta Silvaggio__<br>Concetta Silvaggio<br>Terrance Henne<br>*Counsel for Defendant-MCM* | __(s) R. Sean O'Connell__<br>R. Sean O'Connell<br>*Counsel for Defendant-Marx/SND* |
| ZIMMER KUNZ | ECKERT SEAMANS CHERIN & MELLOTT |
| __(s) Joni Mangino__<br>Joni Mangino<br>Matthew Breneman<br>*Counsel for Defendant-Richardson* | __(s) Robert Hafner__<br>Robert Hafner<br>Daniel J. Sinclair<br>*Counsel for Defendant-Technicolor* |
| THOMAS THOMAS & HAFER | WILSON ELSER MOSKOWITZ EDELMAN & DICKER |
| __(s) Suzanne Merrick__<br>Suzanne Merrick<br>*Counsel for Defendant-R.L. Grinnell t/d/b/a Surplus Sales of Nebraska* | __(s) Walter Jenkins__<br>Walter Jenkins<br>Salvatore A. Clemente<br>*Counsel for Defendant-the Tube Store and Defendant-Tube Zone* |

AND NOW, this 2nd, day of March, 2012, IT IS SO ORDERED.

BY THE COURT:

_____ J.
CHIEF JUDGE GARY L. LANCASTER