IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RYAN C. INMAN,<br><br>             Plaintiff,<br><br>v.<br><br>TECHNICOLOR SA, et. al.,<br><br>             Defendants. | No. 2:11-cv-00666-GLL<br><br>Hon. Gary L. Lancaster |

## STIPULTION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41 AS TO DEFENDANT, MICHAEL MARX, T/D/B/A SND TUBE SALES

Pursuant to provisions of Rule 41, it is HEREBY STIPULATED AND AGREEED BY and between the parties who have appeared in this action, through their designated counsel, that the claims of Plaintiff, Ryan C. Inman, and any cross-claims are hereby DISMISSED WITHOUT PREJUDICE as to Defendant, Michael Marx, t/d/b/a SND Tube Sales.

Respectfully submitted:            Date: March 9, 2012

/s/Jarrod T. Takah
Jarrod T. Takah, Esquire
Paul A. Tershel, Esquire
Attorney for Plaintiff

{R0293724.1}

| | |
|---|---|
| ZIMMER KUNZ, PLLC | MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN, P.C. |
| /s/Joni Mangino<br>Joni M. Mangino, Esquire | /s/Edward Miller<br>Edward Miller, Esquire |
| ECKERT SEAMANS CHERIN & MELLOTT, LLC | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER |
| /s/Phillip J. Ninotto<br>Phillip J. Ninotto, Jr., Esquire<br>Marcia L. DePaula, Esquire | /s/Salvator A. Clemente<br>Salvatore A. Clemente, Esq. |
| ECKER SEAMANS CHERIN & MELLOTT, LLC | PION JOHNSTON NERONE |
| /s/Daniel J. Sinclair | /s/J. Lawson Johnston<br>J. Lawson Johnston |
| GREENBERG TRAURIG, LLP | THOMAS, THOMAS & HAFER LLP |
| /s/Brian T. Feeny<br>Brian T. Feeney, Esquire | /s/Suzanne B. Merrick<br>Suzanne B. Merrick, Esquire |
| THORP, REED & ARMSTRONG | ECKERT, SEAMANS, CHERIN & MELLOTT |
| /s/Randolph T. Struk<br>Randolph T. Struk, Esquire | /s/Phillip J. Binotto, Jr.<br>Phillip J. Binotto, Jr., Esquire |
| DICKIE, MCCAMEY & CHILCOTE, P.C. | |
| /s/Michael J. Sweeney<br>Michael J. Sweeney, Esquire | /s/ Terrance R. Henne<br>Terrance R. Henne, Esquire |

AND NOW, this 9th day of March, 2012, IT IS SO ORDERED.

BY THE COURT:

_____
Chief Judge Gary Lancaster

{R0293724.1}