IN THE UNTIED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RYAN C. INMAN, )
)
        Plaintiff, )
) Civil Action No. 2:11-cv-0066-GLL
v. )
)
TECHNICOLOR USA, INC., et al., )
)
        Defendants. )

## NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT, ALLIED ELECTRONICS, INC.

The remaining parties, by and through their undersigned counsel, hereby stipulate pursuant to Fed.R.Civ.P. 41 (a) and (c) to the dismissal without prejudice of all claims, including cross-claims, asserted in this lawsuit against Defendant, Allied Electronics, Inc.

SO STIPULATED:

| TERSHEL AND ASSOCIATES | MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN, P.C. |
|---|---|
| By: _/s/ Jarrod T. Takah, Esquire_<br>Jarrod T. Takah, Esquire<br>Pa I.D. # 208953<br>55 South Main Street<br>Washington, PA 15301 | By: _/s/ Edward A. Miller, Esquire_<br>Edward A. Miller, Esquire<br>Pa I.D. # 58954<br>U.S. Steel Tower, Suite 2900<br>600 Grant Street<br>Pittsburgh, PA 15219 |
| Counsel for Plaintiff,<br>**Ryan C. Inman** | Counsel for Defendant,<br>**Allied Electronics, Inc.** |

| | |
|---|---|
| **ECKERT SEAMANS CHERIN & MELLOTT, LLC** | **THORP REED & ARMSTRONG, LLP** |
| By: /s/ Daniel J. Sinclair, Esquire<br>Daniel J. Sinclair, Esquire<br>Pa I.D. # 70213<br>600 Grant Street, 44th Floor<br>Pittsburgh, PA 15219-2788 | By: /s/ Randolph T. Struk, Esquire<br>Randolph T. Struk, Esquire<br>Pa I.D. # 42165<br>One Oxford Centre, 14th Floor<br>301 Grant Street<br>Pittsburgh, PA 15219-1425 |
| Counsel for Defendant,<br>**Technicolor USA, Inc.** | Counsel for Defendant,<br>**Angela Instruments** |
| **DICKIE MCCAMEY & CHILCOTE, P.C.** | **PION JOHNSTON NERONE GIRMAN CLEMENTS & SMITH, P.C.** |
| By: /s/ Michael J. Sweeney, Esquire<br>Michael J. Sweeney, Esquire<br>Pa I.D. # 43683<br>Two PPG Place, Suite 400<br>Pittsburgh, PA 15222 | By: /s/ J. Lawson Johnston, Esquire<br>J. Lawson Johnston, Esquire<br>Pa I.D. # 19792<br>15001 Gateway Center<br>Pittsburgh, PA 15222 |
| Counsel for Defendants,<br>**General Electric Company and CBS Corporation** | Counsel for Defendant,<br>**Brent Jessee Recording & Supply, Inc.** |
| **ECKERT SEAMANS CHERIN & MELLOTT, LLC** | **WILLMAN & SILVAGGIO, LLP** |
| By: /s/ Phillip J. Binotto, Jr., Esquire<br>Phillip J. Binotto, Jr., Esquire<br>Pa I.D. # 21817<br>Summitt Corporate Center, Suite 200<br>1001 Corporate Drive<br>Canonsburg, PA 15317 | By: /s/ Terrance R. Henne, Esquire<br>Terrance R. Henne, Esquire<br>Pa I.D. # 62038<br>5500 Corporate Drive, Suite 150<br>Pittsburgh, PA 15237 |
| Counsel for Defendants,<br>**New Sensor Corp., and PM of America** | Counsel for Defendant,<br>**MCM Electronics** |

| | |
|---|---|
| **ZIMMER KUNZ, PLLC** | **ROBB LEONARD MULVIHILL, LLP** |
| By: /s/ Matthew G. Breneman, Esquire<br>  Matthew G. Breneman, Esquire<br>  Pa I.D. # 89607<br>  600 Grant Street, Suite 3300<br>  Pittsburgh, PA 15219-2702 | By: /s/ R. Sean O'Connell, Esquire<br>  R. Sean O'Connell, Esquire<br>  Pa I.D. # 79428<br>  BNY Mellon Center, 23rd Floor<br>  500 Grant Street<br>  Pittsburgh, PA 15219 |
| Counsel for Defendant,<br>**Richardson Electronics, Ltd.** | Counsel for Defendant,<br>**Michael C. Marx, t/d/b/a SND Tube Sales** |
| **WEBER GALLAGHER SIMPSON STAPLETON FIRES & NEWBY LLP** | **WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP** |
| By: /s/ David J. Rosenberg, Esquire<br>  David J. Rosenberg, Esquire<br>  Pa I.D. # 37492<br>  Two Gateway Center, Suite 1450<br>  603 Stanwix Street<br>  Pittsburgh, PA 15222 | By: /s/ Salvatore A. Clemente, Esquire<br>  Salvatore A. Clemente, Esquire<br>  Pa I.D. # 80830<br>  The Curtis Center, Suite 1130 East<br>  Independence Square West<br>  Philadelphia, PA 19106 |
| Counsel for Defendants,<br>**Antique Electronic Supply and CE Distribution, LLC a/k/a CE Manufacturing LLC** | Counsel for Defendant,<br>**The Tube Store** |

## ORDER APPROVING DISMISSAL

AND NOW, on this **9th** day of March, 2012, the Court hereby approves and grants the requested and stipulated dismissal without prejudice of all claims, including cross claims, asserted in this lawsuit against Defendant, Allied Electronics, Inc.

BY THE COURT:

_____
Hon. Gary L. Lancaster, Chief Judge

3