IN THE UNTIED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RYAN C. INMAN,<br><br>        Plaintiff,<br><br>    v.<br><br>TECHNICOLOR USA, INC., et al.,<br><br>        Defendants. | )<br>)<br>)<br>)  Civil Action No. 2:11-cv-0066-GLL<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT, ALLIED ELECTRONICS, INC.

The remaining parties, by and through their undersigned counsel, hereby stipulate pursuant to Fed.R.Civ.P. 41 (a) and (c) to the dismissal without prejudice of all claims, including cross-claims, asserted in this lawsuit against Defendant, Allied Electronics, Inc.

SO STIPULATED:

**TERSHEL AND ASSOCIATES**

By: /s/ Jarrod T. Takah, Esquire
    Jarrod T. Takah, Esquire
    Pa I.D. # 208953
    55 South Main Street
    Washington, PA 15301

Counsel for Plaintiff,
**Ryan C. Inman**

**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN, P.C.**

By: /s/ Edward A. Miller, Esquire
    Edward A. Miller, Esquire
    Pa I.D. # 58954
    U.S. Steel Tower, Suite 2900
    600 Grant Street
    Pittsburgh, PA 15219

Counsel for Defendant,
**Allied Electronics, Inc.**

| | |
|---|---|
| **ECKERT SEAMANS CHERIN & MELLOTT, LLC** | **THORP REED & ARMSTRONG, LLP** |
| By: _/s/ Daniel J. Sinclair, Esquire_<br>Daniel J. Sinclair, Esquire<br>Pa I.D. # 70213<br>600 Grant Street, 44th Floor<br>Pittsburgh, PA 15219-2788<br><br>Counsel for Defendant,<br>**Technicolor USA, Inc.** | By: _/s/ Randolph T. Struk, Esquire_<br>Randolph T. Struk, Esquire<br>Pa I.D. # 42165<br>One Oxford Centre, 14th Floor<br>301 Grant Street<br>Pittsburgh, PA 15219-1425<br><br>Counsel for Defendant,<br>**Angela Instruments** |
| **DICKIE MCCAMEY & CHILCOTE, P.C.** | **PION JOHNSTON NERONE GIRMAN CLEMENTS & SMITH, P.C.** |
| By: _/s/ Michael J. Sweeney, Esquire_<br>Michael J. Sweeney, Esquire<br>Pa I.D. # 43683<br>Two PPG Place, Suite 400<br>Pittsburgh, PA 15222<br><br>Counsel for Defendants,<br>**General Electric Company and CBS Corporation** | By: _/s/ J. Lawson Johnston, Esquire_<br>J. Lawson Johnston, Esquire<br>Pa I.D. # 19792<br>15001 Gateway Center<br>Pittsburgh, PA 15222<br><br>Counsel for Defendant,<br>**Brent Jessee Recording & Supply, Inc.** |
| **ECKERT SEAMANS CHERIN & MELLOTT, LLC** | **WILLMAN & SILVAGGIO, LLP** |
| By: _/s/ Phillip J. Binotto, Jr., Esquire_<br>Phillip J. Binotto, Jr., Esquire<br>Pa I.D. # 21817<br>Summitt Corporate Center, Suite 200<br>1001 Corporate Drive<br>Canonsburg, PA 15317<br><br>Counsel for Defendants,<br>**New Sensor Corp., and PM of America** | By: _/s/ Terrance R. Henne, Esquire_<br>Terrance R. Henne, Esquire<br>Pa I.D. # 62038<br>5500 Corporate Drive, Suite 150<br>Pittsburgh, PA 15237<br><br>Counsel for Defendant,<br>**MCM Electronics** |

| | |
|---|---|
| **ZIMMER KUNZ, PLLC** | **ROBB LEONARD MULVIHILL, LLP** |
| By: */s/ Matthew G. Breneman, Esquire*<br>Matthew G. Breneman, Esquire<br>Pa I.D. # 89607<br>600 Grant Street, Suite 3300<br>Pittsburgh, PA 15219-2702 | By: */s/ R. Sean O'Connell, Esquire*<br>R. Sean O'Connell, Esquire<br>Pa I.D. # 79428<br>BNY Mellon Center, 23rd Floor<br>500 Grant Street<br>Pittsburgh, PA 15219 |
| Counsel for Defendant,<br>**Richardson Electronics, Ltd.** | Counsel for Defendant,<br>**Michael C. Marx, t/d/b/a SND Tube Sales** |
| **WEBER GALLAGHER SIMPSON STAPLETON FIRES & NEWBY LLP** | **WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP** |
| By: */s/ David J. Rosenberg, Esquire*<br>David J. Rosenberg, Esquire<br>Pa I.D. # 37492<br>Two Gateway Center, Suite 1450<br>603 Stanwix Street<br>Pittsburgh, PA 15222 | By: */s/ Salvatore A. Clemente, Esquire*<br>Salvatore A. Clemente, Esquire<br>Pa I.D. # 80830<br>The Curtis Center, Suite 1130 East<br>Independence Square West<br>Philadelphia, PA 19106 |
| Counsel for Defendants,<br>**Antique Electronic Supply and CE Distribution, LLC a/k/a CE Manufacturing LLC** | Counsel for Defendant,<br>**The Tube Store** |

## ORDER APPROVING DISMISSAL

AND NOW, on this 9th day of March, 2012, the Court hereby approves and grants the requested and stipulated dismissal without prejudice of all claims, including cross claims, asserted in this lawsuit against Defendant, Allied Electronics, Inc.

BY THE COURT:

_____
Hon. Gary L. Lancaster, Chief Judge

3