IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RYAN INMAN, | CIVIL ACTION |
| Plaintiff, | NO.: 2:11-cv-00666 |
| vs. | The Honorable Gary L. Lancaster |
| TECHNICOLOR SA; GENERAL ELECTRIC COMPANY; NEW SENSOR CORPORATION; CBS CORPORATION; RICHARDSON ELECTRONICS, LTD.; SVETLANA; EBAY; ALLIED ELECTRONICS; ANTIQUE ELECTRONIC SUPPLY; ANGELA INSTRUMENTS; BRENT JESSEE RECORDING & SUPPLY, INC.; CASCADE SURPLUS ELECTRONICS; CE DISTRIBUTION LLC, a/k/a CE MANUFACTURING LLC; DOUG'S TUBES; MCM ELECTRONICS; MICHAEL C. MARX, t/b/d/a SND TUBE SALES; THE R.L. GRINELL CORP., t/d/b/a SURPLUS SALES OF NEBRASKA; THE TUBE STORE; TUBE ZONE; and TRIODE ELECTRONICS, INC., | **FILED ELECTRONICALLY** |
| Defendants. | |

## STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41 AS TO DEFENDANTS, ANTIQUE ELECTRONIC SUPPLY AND CE DISTRIBUTION, LLC, A/K/A CE MANUFACTURING LLC

Pursuant to the provisions of Rule 41, it is HEREBY STIPULATED AND AGREED by and between the parties who have appeared in this action, through their designated counsel, that the claims of Plaintiff, Ryan C. Inman, and any cross-claims are hereby DISMISSED WITHOUT PREJUDICE as to Defendants, Antique Electronic Supply and CE Distribution, LLC, a/k/a CE Manufacturing LLC.

Respectfully submitted,

__/s/ Jarrod T. Takah__
Paul A. Tershel, Esquire
Jarrod T. Takah, Esquire
55 South Main Street
Washington, PA  15301
***Attorneys for Plaintiff***

MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN

__/s/ Edward A. Miller__
Edward A. Miller, Esquire
***Attorneys for Defendant, Allied Electronics, Inc.***

THORP REED ARMSTRONG

__/s/Randolph Struk__
Randolph Struk, Esquire
Samuel Hornak, Esquire
***Attorneys for Defendant, Angela Instruments***

WEBER GALLAGHER SIMPSON STAPLETON FIRES & NEWBY LLP

__/s/ David J. Rosenberg__
David J. Rosenberg, Esquire
***Attorneys for Defendants, Antique Electronic Supply and CE Distribution, LLC, a/k/a CE Manufacturing LLC***

PION JOHNSON

__/s/ J. Lawson Johnston__
J. Lawson Johnston, Esquire
Anthony Carrone, Esquire
***Attorneys for Defendant, Brent Jessee***

DICKIE McCAMEY & CHILCOTE

__/s/ Michael Sweeney__
Michael Sweeney, Esquire
Lisa Barnett, Esquire
***Attorneys for Defendants, CBS and GE***

ECKERT SEAMANS CHERIN & MELLOTT

__/s/ Phillip Binotto__
Phillip Binotto, Esquire
Marcia DePaula, Esquire
***Attorneys for Defendants, New Sensor, Doug's Tubes and PM of America***

WILLMAN & SILVAGGIO

__/s/ Concetta Silvaggio__
Concetta Silvaggio, Esquire
Terrance Henne, Esquire
***Attorneys for Defendant, MCM***

ROBB LEONARD & MULVIHILL

__/s/ R. Sean O'Connell__
R. Sean O'Connell, Esquire
***Attorneys for Defendant, Marx/SND***

| | |
|---|---|
| ZIMMER KUNZ | ECKERT SEAMANS CHERIN & MELLOTT |
| /s/ *Joni Mangino* | /s/ *Robert Hafner* |
| Joni Mangino, Esquire | Robert Hafner, Esquire |
| Matthew Breneman, Esquire | *Attorneys for Defendant, Technicolor* |
| *Attorneys for Defendant, Richardson* | |
| THOMAS THOMAS & HAFER | WILSON ELSER MOSKOWITZ EDELMAN & DICKER |
| /s/ *Suzanne Merrick* | /s/ *Walter Jenkins* |
| Suzanne Merrick, Esquire | Walter Jenkins, Esquire |
| *Attorneys for Defendant, R.L. Grinnell* | *Attorneys for Defendants, The Tube Store and Tube Zone* |

AND NOW, this 9th, day of March, 2012, it is so ORDERED.

BY THE COURT:

_____ J.

The Honorable Gary L. Lancaster
United States District Judge