IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RYAN INMAN, | ) | CIVIL ACTION |
| | ) | |
| Plaintiff, | ) | NO.: 2:11-cv-00666 |
| | ) | |
| vs. | ) | The Honorable Gary L. Lancaster |
| | ) | |
| TECHNICOLOR SA; GENERAL ELECTRIC COMPANY; NEW SENSOR CORPORATION; CBS CORPORATION; RICHARDSON ELECTRONICS, LTD.; SVETLANA; EBAY; ALLIED ELECTRONICS; ANTIQUE ELECTRONIC SUPPLY; ANGELA INSTRUMENTS; BRENT JESSEE RECORDING & SUPPLY, INC.; CASCADE SURPLUS ELECTRONICS; CE DISTRIBUTION LLC, a/k/a CE MANUFACTURING LLC; DOUG'S TUBES; MCM ELECTRONICS; MICHAEL C. MARX, t/b/d/a SND TUBE SALES; THE R.L. GRINELL CORP., t/d/b/a SURPLUS SALES OF NEBRASKA; THE TUBE STORE; TUBE ZONE; and TRIODE ELECTRONICS, INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **FILED ELECTRONICALLY** |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41 AS TO DEFENDANTS, ANTIQUE ELECTRONIC SUPPLY AND CE DISTRIBUTION, LLC, A/K/A CE MANUFACTURING LLC

Pursuant to the provisions of Rule 41, it is HEREBY STIPULATED AND AGREED by and between the parties who have appeared in this action, through their designated counsel, that the claims of Plaintiff, Ryan C. Inman, and any cross-claims are hereby DISMISSED WITHOUT PREJUDICE as to Defendants, Antique Electronic Supply and CE Distribution, LLC, a/k/a CE Manufacturing LLC.

Respectfully submitted,

_/s/ Jarrod T. Takah_
Paul A. Tershel, Esquire
Jarrod T. Takah, Esquire
55 South Main Street
Washington, PA 15301
***Attorneys for Plaintiff***

| | |
|---|---|
| MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN | THORP REED ARMSTRONG |

_/s/ Edward A. Miller_
Edward A. Miller, Esquire
***Attorneys for Defendant, Allied Electronics, Inc.***

_/s/Randolph Struk_
Randolph Struk, Esquire
Samuel Hornak, Esquire
***Attorneys for Defendant, Angela Instruments***

WEBER GALLAGHER SIMPSON STAPLETON FIRES & NEWBY LLP

PION JOHNSON

_/s/ David J. Rosenberg_
David J. Rosenberg, Esquire
***Attorneys for Defendants, Antique Electronic Supply and CE Distribution, LLC, a/k/a CE Manufacturing LLC***

_/s/ J. Lawson Johnston_
J. Lawson Johnston, Esquire
Anthony Carrone, Esquire
***Attorneys for Defendant, Brent Jessee***

DICKIE McCAMEY & CHILCOTE

ECKERT SEAMANS CHERIN & MELLOTT

_/s/ Michael Sweeney_
Michael Sweeney, Esquire
Lisa Barnett, Esquire
***Attorneys for Defendants, CBS and GE***

_/s/ Phillip Binotto_
Phillip Binotto, Esquire
Marcia DePaula, Esquire
***Attorneys for Defendants, New Sensor, Doug's Tubes and PM of America***

WILLMAN & SILVAGGIO

ROBB LEONARD & MULVIHILL

_/s/ Concetta Silvaggio_
Concetta Silvaggio, Esquire
Terrance Henne, Esquire
***Attorneys for Defendant, MCM***

_/s/ R. Sean O'Connell_
R. Sean O'Connell, Esquire
***Attorneys for Defendant, Marx/SND***

| | |
|---|---|
| ZIMMER KUNZ | ECKERT SEAMANS CHERIN & MELLOTT |
| /s/ *Joni Mangino* <br> Joni Mangino, Esquire <br> Matthew Breneman, Esquire <br> ***Attorneys for Defendant, Richardson*** | /s/ *Robert Hafner* <br> Robert Hafner, Esquire <br> ***Attorneys for Defendant, Technicolor*** |
| THOMAS THOMAS & HAFER | WILSON ELSER MOSKOWITZ EDELMAN & DICKER |
| /s/ *Suzanne Merrick* <br> Suzanne Merrick, Esquire <br> ***Attorneys for Defendant, R.L. Grinnell*** | /s/ *Walter Jenkins* <br> Walter Jenkins, Esquire <br> ***Attorneys for Defendants, The Tube Store and Tube Zone*** |

AND NOW, this 9th, day of <u>March</u>, 2012, it is so ORDERED.

BY THE COURT:

_____, J.
The Honorable Gary L. Lancaster
United States District Judge