IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RYAN C. INMAN, | ELECTRONICALLY FILED |
| Plaintiff, | 2:11-cv-00666-GLL<br>2:11-cv-00748-GLL |
| v. | |
| TECHNICOLOR SA, et. al., | CONSOLIDATED AT:<br>2:11-cv-00666-GLL, effective: June 21, 2011 |
| Defendants. | |

### STIPULATION OF DISMISSAL OF ANGELA INSTRUMENTS WITHOUT PREJUDICE

Plaintiff Ryan C. Inman and Defendants, by and through their respective undersigned counsel, hereby file this Stipulation of Dismissal of Angela Instruments Without Prejudice. Pursuant to Federal Rule of Civil Procedure 41, each of these parties hereby stipulates and agrees to the dismissal without prejudice of all claims stated against Angela Instruments in this matter, including those set forth in the Complaint filed in the above-captioned action, as well as in any cross-claim asserted in response thereto.

Date: March 9, 2012                             Respectfully submitted,


__/s/ Jarrod T. Takah_____           __/s/ Randolph Struk_____
Paul A. Tershel,                                    Randolph Struk
Jarrod T. Takah,                                    Samuel Hornack
TERSHEL & ASSOCIATES                  THORP REED & ARMSTRONG, LLP
55 South Main St.                                One Oxford Centre
Washington, PA 15301                       301 Grant Street, 14th Floor
                                                           Pittsburgh, PA 15219

*Counsel for Plaintiff Ryan C. Inman*

                                                           *Counsel for Defendant Angela Instruments*

{01329589}

/s/ Edward A. Miller
Edward A. Miller
MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN
U.S. Steel Tower, Suite 2900
600 Grant Street
Pittsburgh, Pennsylvania 15219

Counsel for Defendant Allied Electronics, Inc.

/s/ Christopher P. Deegan
David Rosenberg
Christopher P. Deegan
WEBER GALLAGHER SIMPSON STAPLETON
FIRES & NEWBY, LLP
2 Gateway Center, Suite 1450
1603 Stanwix Street
Pittsburgh, Pennsylvania 15222

Counsel for Defendant Antique Electronics and CD Distribution

/s/ Marcia DePaula
Phillip Binotto
Marcia DePaula
ECKERT SEAMANS CHERIN & MELLOTT
Summit Corporate Center
1001 Corporate Dr., Suite 200
Canonsburg, PA 15317

Counsel for Defendants New Sensor, Doug's Tubes and PM of America

/s/ J. Lawson Johnston
J. Lawson Johnston
Anthony Carrone
PION JOHNSON NERONE GIRMAN CLEMENTS & SMITH P.C.
1500 One Gateway Center
Pittsburgh, PA 15222

Counsel for Defendant Brent Jessee Recording and Supply

/s/ Michael J. Sweeney
Michael J. Sweeney
Lisa Barnett
DICKIE McCAMEY & CHILCOTE
Two PPG Place, Suite 400
Pittsburgh, PA 15222

Counsel for Defendants CBS and GE

/s/ R. Sean O'Connell
R. Sean O'Connell
James Godwin
ROBB LEONARD & MULVIHILL
BNY Mellon Center, 23rd floor
500 Grant St.
Pittsburgh, PA 15219

Counsel for Defendant Marx/SND

/s/ Terrance Henne
Concetta Silvaggio
Terrance Henne
WILLMAN & SILVAGGIO
One Corporate Center, Suite 150
5500 Corporate Dr.
Pittsburgh, PA 15237

Counsel for Defendant MCM

/s/ Daniel J. Sinclair
Robert Hafner
Daniel J. Sinclair
ECKERT SEAMANS CHERIN & MELLOTT
US Steel Tower, 44th floor
600 Grant St.
Pittsburgh, PA 15219

Counsel for Defendant Technicolor

{01329589}

/s/ Matthew G. Brenneman
Joni Mangino
Matthew G. Breneman
ZIMMER KUNZ
3300 US Steel Tower
Pittsburgh, PA 15219

Counsel for Defendant Richardson

/s/ Walter Jenkins
Walter Jenkins
Salvatore A. Clemente
WILSON ELSER MOSKOWITZ EDELMAN & DICKER
The Curtis Center, Suite 1130 East
Independence Sq., West
Philadelphia, PA 19106

Counsel for Defendant The Tube Store

/s/ Suzanne Merrick
Suzanne Merrick
THOMAS THOMAS & HAFER
One Oxford Centre, Suite 1150
301 Grant St.
Pittsburgh, PA 15219

Counsel for Defendant R.L. Grinnell

AND NOW, this 9th day of March, 2012, IT IS SO ORDERED.

BY THE COURT:

_____ J.
CHIEF JUDGE GARY L. LANCASTER