# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RYAN C. INMAN, | ELECTRONICALLY FILED |
| Plaintiff, | 2:11-cv-00666-GLL <br> 2:11-cv-00748-GLL |
| v. | |
| TECHNICOLOR SA, et. al., | **CONSOLIDATED AT:** <br> 2:11-cv-00666-GLL, effective: June 21, 2011 |
| Defendants. | |

## STIPULATION OF DISMISSAL OF ANGELA INSTRUMENTS WITHOUT PREJUDICE

Plaintiff Ryan C. Inman and Defendants, by and through their respective undersigned counsel, hereby file this Stipulation of Dismissal of Angela Instruments Without Prejudice. Pursuant to Federal Rule of Civil Procedure 41, each of these parties hereby stipulates and agrees to the dismissal without prejudice of all claims stated against Angela Instruments in this matter, including those set forth in the Complaint filed in the above-captioned action, as well as in any cross-claim asserted in response thereto.

Date: March 9, 2012                                              Respectfully submitted,


__/s/ Jarrod T. Takah_____                __/s/ Randolph Struk_____
Paul A. Tershel,                            Randolph Struk
Jarrod T. Takah,                            Samuel Hornack
TERSHEL & ASSOCIATES                        THORP REED & ARMSTRONG, LLP
55 South Main St.                           One Oxford Centre
Washington, PA 15301                        301 Grant Street, 14th Floor
                                            Pittsburgh, PA 15219

*Counsel for Plaintiff Ryan C. Inman*

*Counsel for Defendant Angela Instruments*

| | |
|---|---|
| /s/ Edward A. Miller<br>Edward A. Miller<br>MARSHALL DENNEHEY WARNER<br>COLEMAN & GOGGIN<br>U.S. Steel Tower, Suite 2900<br>600 Grant Street<br>Pittsburgh, Pennsylvania 15219<br><br>Counsel for Defendant Allied Electronics, Inc. | /s/ Christopher P. Deegan<br>David Rosenberg<br>Christopher P. Deegan<br>WEBER GALLAGHER SIMPSON STAPLETON FIRES & NEWBY, LLP<br>2 Gateway Center, Suite 1450<br>1603 Stanwix Street<br>Pittsburgh, Pennsylvania 15222<br><br>Counsel for Defendant Antique Electronics and CD Distribution |
| /s/ Marcia DePaula<br>Phillip Binotto<br>Marcia DePaula<br>ECKERT SEAMANS CHERIN & MELLOTT<br>Summit Corporate Center<br>1001 Corporate Dr., Suite 200<br>Canonsburg, PA 15317<br><br>Counsel for Defendants New Sensor, Doug's Tubes and PM of America | /s/ J. Lawson Johnston<br>J. Lawson Johnston<br>Anthony Carrone<br>PION JOHNSON NERONE GIRMAN CLEMENTS & SMITH P.C.<br>1500 One Gateway Center<br>Pittsburgh, PA 15222<br><br>Counsel for Defendant Brent Jessee Recording and Supply |
| /s/ Michael J. Sweeney<br>Michael J. Sweeney<br>Lisa Barnett<br>DICKIE McCAMEY & CHILCOTE<br>Two PPG Place, Suite 400<br>Pittsburgh, PA 15222<br><br>Counsel for Defendants CBS and GE | /s/ R. Sean O'Connell<br>R. Sean O'Connell<br>James Godwin<br>ROBB LEONARD & MULVIHILL<br>BNY Mellon Center, 23rd floor<br>500 Grant St.<br>Pittsburgh, PA 15219<br><br>Counsel for Defendant Marx/SND |
| /s/ Terrance Henne<br>Concetta Silvaggio<br>Terrance Henne<br>WILLMAN & SILVAGGIO<br>One Corporate Center, Suite 150<br>5500 Corporate Dr.<br>Pittsburgh, PA 15237<br><br>Counsel for Defendant MCM | /s/ Daniel J. Sinclair<br>Robert Hafner<br>Daniel J. Sinclair<br>ECKERT SEAMANS CHERIN & MELLOTT<br>US Steel Tower, 44th floor<br>600 Grant St.<br>Pittsburgh, PA 15219<br><br>Counsel for Defendant Technicolor |

_/s/ Matthew G. Brenneman_
Joni Mangino
Matthew G. Breneman
ZIMMER KUNZ
3300 US Steel Tower
Pittsburgh, PA 15219

Counsel for Defendant Richardson

_/s/ Walter Jenkins_
Walter Jenkins
Salvatore A. Clemente
WILSON ELSER MOSKOWITZ EDELMAN &
DICKER
The Curtis Center, Suite 1130 East
Independence Sq., West
Philadelphia, PA 19106

Counsel for Defendant The Tube Store

_/s/ Suzanne Merrick_
Suzanne Merrick
THOMAS THOMAS & HAFER
One Oxford Centre, Suite 1150
301 Grant St.
Pittsburgh, PA 15219

Counsel for Defendant R.L. Grinnell

AND NOW, this 9th day of March, 2012, IT IS SO ORDERED.

BY THE COURT:

_____ J.
CHIEF JUDGE GARY L. LANCASTER

{01329589}