IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RYAN C. INMAN, | CIVIL DIVISION |
| Plaintiff, | 2:11-CV-0666-GLL |
| v. | JURY TRIAL DEMANDED |
| TECHNICOLOR SA, ET. AL, | |
| Defendant. | |

### STIPULATION OF DISMISSAL OF BRENT JESSEE INSTRUMENTS, INC.

By and through its undersigned counsel, and hereby files this Stipulation of Dismissal of Brent Jessee Recording & Supply, Inc. without prejudice. Pursuant to F.R.C.P. 41, each of these parties hereby stipulate and agrees to the dismissal without prejudice of all claims stated against Brent Jessee Instruments, Inc. in this matter, including those set forth in the Complaint filed in the above-captioned matter as well as any cross-claim asserted in response thereto.

Respectfully submitted,

TERSHEL & ASOCIATES

By: /s/ Jarrod T. Takah
    Jarrod T. Takah, Esquire

Helena Professional Building
55 South Main Street
Washington, PA 15301
(724) 228-4700
(724) 228-6482

*Counsel for Plaintiff*

PION, JOHNSTON, NERONE, GIRMAN,
CLEMENTS & SMITH, P.C.

By: /s/J. Lawson Johnston
    J. Lawson Johnston, Esquire
    PA I.D. #19792

1500 One Gateway Center
Pittsburgh, PA 15222
(412) 667-6222
(412) 281-1299
ljohnston@pionjohnston.com
*Attorneys for Defendant, BRENT JESSEEE RECORDING & SUPPLY, INC.*

SO ORDERED, this 12th day of March, 2012.

_____, C.J.
Hon. Gary L. Lancaster, Chief U.S. District Judge