IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RYAN C. INMAN, | : | |
| | : | |
| Plaintiff | : | 2:11-CV-00666-GLL |
| | : | 2:11-CV-00748-GLL |
| vs. | : | |
| | : | |
| TECHNICOLOR USA, et al., | : | **CONSOLIDATED AT:** |
| | : | 2:11-cv-00666-GLL, effective: June 21, 2011 |
| Defendants. | : | |
| | : | |

## STIPULATION OF VOLUNTARY DISMISSAL OF DEFENDANT THE TUBE STORE PURSUANT TO RULE 41

Pursuant to the provisions of Rule 41, it is HEREBY STIPULATED AND AGREED by and between the parties who have appeared in this action, through their designated counsel, that the claims of Plaintiff, Ryan C. Inman, and any cross-claims are hereby DISMISSED WITHOUT PREJUDICE as to Defendant, The Tube Store.

Respectfully submitted,

Date: March 15, 2012

TERSHEL & ASSOCIATES

*/s/Jarrod T. Takah*
Paul A. Tershel, Esq.
Jarrod T. Takah, Esq.
55 South Main Street
Washington, PA 15301
*Attorneys for Plaintiff*

MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN

THORP REED & ARMSTRONG LLP

/s/Edward A. Miller
Edward A. Miller
*Attorney for Defendant Allied Electronics, Inc.*

/s/Randolph Struk
Randolph T. Struk
Samuel Hornak
*Attorneys for Defendant Angela Instruments*

WEBER GALLAGHER SIMPSON
STAPLETON FIRES & NEWBY

PION JOHNSON

/s/David Rosenberg
*Attorney for Defendants Antique Electronics
and CE Distribution LLC also known as
CE Manufacturing LLC*

/s/J. Lawson Johnston
J. Lawson Johnston
Anthony Carrone
*Attorney for Defendant Brent Jessee*

DICKIE, MCCAMEY & CHILCOTE, P.C.

ECKERT, SEAMANS, CHERIN &
MELLOTT

/s/Michael Sweeney
Michael J. Sweeney
*Attorney for Defendants General Electric
Company & CBS Corporation*

/s/Phillip Binotto, Jr.
Phillip J. Binotto, Jr.
Marcia L. DePaula
*Attorneys for Defendants New Sensor
Corporation, Doug's Tubes, and PM of
America*

WILLMAN & SILVAGGIO

ROBB LEONARD & MULVIHILL

/s/Concetta A. Silvaggio
Concetta A. Silvaggio
Terrence Henne
*Attorneys for Defendants MCM Electronics*

/s/ R. Sean O'Connell
R. Sean O'Connell
*Attorney for Defendants Michael C. Marx,
t/d/b/a SND Tube Sales*

ZIMMER KUNZ

ECKERT, SEAMANS, CHERIN &
MELLOTT

/s/ Joni Mangino
Joni M. Mangino
Matthew C. Breneman
*Attorneys for Defendant Richardson
Electronics, Ltd.*

/s/Robert J. Hafner
Robert J. Hafner
Daniel J. Sinclair
*Attorney for Defendant Technicolor SA*

THOMAS THOMAS & HAFER

WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP

/s/Suzanne Merrick
Suzanne Merrick
*Attorney for Defendant R.L. Grinnell*

/s/Walter S. Jenkins
Walter Jenkins
Salvatore A. Clemente
*Attorneys for Defendant The Tube Store*

AND NOW, this ___16th___, day of ___March___, 2012, IT IS SO ORDERED.

BY THE COURT:

_____ J.
CHIEF JUDGE GARY L. LANCASTER