IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| RYAN C. INMAN, | : | |
|---|---|---|
| | : | |
| Plaintiff | : | 2:11-CV-00666-GLL |
| | : | 2:11-CV-00748-GLL |
| vs. | : | |
| | : | |
| TECHNICOLOR USA, et al., | : | **CONSOLIDATED AT:** |
| | : | 2:11-cv-00666-GLL, effective: June 21, 2011 |
| Defendants. | : | |
| | : | |

## STIPULATION OF VOLUNTARY DISMISSAL OF DEFENDANT THE TUBE STORE PURSUANT TO RULE 41

Pursuant to the provisions of Rule 41, it is HEREBY STIPULATED AND AGREED by and between the parties who have appeared in this action, through their designated counsel, that the claims of Plaintiff, Ryan C. Inman, and any cross-claims are hereby DISMISSED WITHOUT PREJUDICE as to Defendant, The Tube Store.

Respectfully submitted,                    Date: March 15, 2012

                                           TERSHEL & ASSOCIATES

                                           */s/Jarrod T. Takah*
                                           Paul A. Tershel, Esq.
                                           Jarrod T. Takah, Esq.
                                           55 South Main Street
                                           Washington, PA 15301
                                           *Attorneys for Plaintiff*

PADOCS01 692278v.2

MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN

/s/Edward A. Miller
Edward A. Miller
*Attorney for Defendant Allied Electronics, Inc.*

WEBER GALLAGHER SIMPSON STAPLETON FIRES & NEWBY

/s/David Rosenberg
*Attorney for Defendants Antique Electronics and CE Distribution LLC also known as CE Manufacturing LLC*

DICKIE, MCCAMEY & CHILCOTE, P.C.

/s/Michael Sweeney
Michael J. Sweeney
*Attorney for Defendants General Electric Company & CBS Corporation*

WILLMAN & SILVAGGIO

/s/Concetta A. Silvaggio
Concetta A. Silvaggio
Terrence Henne
*Attorneys for Defendants MCM Electronics*

ZIMMER KUNZ

/s/ Joni Mangino
Joni M. Mangino
Matthew C. Breneman
*Attorneys for Defendant Richardson Electronics, Ltd.*

THORP REED & ARMSTRONG LLP

/s/Randolph Struk
Randolph T. Struk
Samuel Hornak
*Attorneys for Defendant Angela Instruments*

PION JOHNSON

/s/J. Lawson Johnston
J. Lawson Johnston
Anthony Carrone
*Attorney for Defendant Brent Jessee*

ECKERT, SEAMANS, CHERIN & MELLOTT

/s/Phillip Binotto, Jr.
Phillip J. Binotto, Jr.
Marcia L. DePaula
*Attorneys for Defendants New Sensor Corporation, Doug's Tubes, and PM of America*

ROBB LEONARD & MULVIHILL

/s/ R. Sean O'Connell
R. Sean O'Connell
*Attorney for Defendants Michael C. Marx, t/d/b/a SND Tube Sales*

ECKERT, SEAMANS, CHERIN & MELLOTT

/s/Robert J. Hafner
Robert J. Hafner
Daniel J. Sinclair
*Attorney for Defendant Technicolor SA*

| THOMAS THOMAS & HAFER | WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP |
|---|---|
| /s/Suzanne Merrick<br>Suzanne Merrick<br>*Attorney for Defendant R.L. Grinnell* | /s/Walter S. Jenkins<br>Walter Jenkins<br>Salvatore A. Clemente<br>*Attorneys for Defendant The Tube Store* |

AND NOW, this 16th day of March, 2012, IT IS SO ORDERED.

BY THE COURT:

_____ J.
CHIEF JUDGE GARY L. LANCASTER