IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RYAN C. INMAN,<br><br>         Plaintiff,<br><br>v.<br><br>TECHNICOLOR USA, et. al.,<br><br>         Defendants. | ELECTRONICALLY FILED<br><br>2:11-cv-00666-GLL<br>2:11-cv-00748-GLL<br><br>**CONSOLIDATED AT:**<br>2:11-cv-00666-GLL, effective: June 21, 2011 |

## STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41 AS TO DEFENDANT NEW SENSOR CORPORATION

Pursuant to the provisions of Rule 41, it is HEREBY STIPULATED AND AGREED by and between the parties who have appeared in this action, through their designated counsel, that the claims of Plaintiff, Ryan C. Inman, and any cross-claims are hereby DISMISSED WITHOUT PREJUDICE as to Defendant, New Sensor Corporation.

Respectfully submitted,

Date: March 19, 2012

          *(s) Jarrod T. Takah*
Paul A. Tershel, Esq.
Jarrod T. Takah, Esq.
55 South Main St.
Washington, PA 15301
*Attorneys for Plaintiff*

ECKERT SEAMANS CHERIN & MELLOTT

*(s) Phillip Binotto*
Phillip Binotto
Marcia DePaula
*Counsel for Defendants-New Sensor and PM of America*

{W0028470.1}

| DICKIE McCAMEY & CHILCOTE | ECKERT SEAMANS CHERIN & MELLOTT |
|---|---|
| *(s) Michael Sweeney* | *(s) Robert Hafner* |
| Michael Sweeney | Robert Hafner |
| Lisa Barnett | Daniel J. Sinclair |
| *Counsel for Defendant-CBS and GE* | *Counsel for Defendant-Technicolor* |
| WILLMAN & SILVAGGIO | ZIMMER KUNZ |
| *(s) Concetta Silvaggio* | *(s) Joni Mangino* |
| Concetta Silvaggio | Joni Mangino |
| Terrance Henne | Matthew Breneman |
| *Counsel for Defendant-MCM* | *Counsel for Defendant-Richardson* |

AND NOW, this 21st day of March, 2012, IT IS SO ORDERED.

BY THE COURT:

_____ J.
CHIEF JUDGE GARY L. LANCASTER