IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RYAN C. INMAN,
    Plaintiff,

v.     Civil Action No. 11-666

TECHNICOLOR USA, ET AL.,
    Defendants.

**ORDER**

AND NOW, this 23rd day of April, 2012, following the conclusion of Phase I discovery, which was limited to fact discovery relative to product identification, and the Court having been advised that no dispositive motions will be filed at this time, IT IS HEREBY ORDERED that the Court's order of January 31, 2012 is amended as follows:

1) The remaining parties shall amend their previously filed stipulation regarding Alternate Dispute Resolution by filing this Court's required Stipulation Selecting Alternate Dispute Resolution, identifying their selected mechanism, neutral and the date on which this selected process will take place, no later than May 4, 2012.

2) Unless otherwise extended by order of the court, the parties shall complete their selected ADR process no later that July 2, 2012.

3) A Post-Phase I Discovery Status Conference will now be held before the undersigned on Friday, July 13, 2012 at 1:30 p.m.. The parties shall be prepared to discuss settlement at this Conference. The parties are also advised that the court will schedule the following at this Conference: (1) deadlines for completion of additional discovery, including expert discovery, if applicable; (2) dates by which dispositive motions should be filed and responded to; (3) dates by which the parties' pre-trial statements should be filed; (4) dates by which motions in limine should be filed and responded to; (5) dates by which Daubert motions should be filed and responded to; (6) dates on which argument on Daubert motions and motions in limine shall be heard; (7) date for the final pre-trial conference; and (8) trial dates.

BY THE COURT:

_____, C.J.
Hon. Gary L. Lancaster,
Chief United States District Judge

cc: All Counsel of Record