# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RYAN C. INMAN, | : | **ELECTRONICALLY FILED** |
| | : | |
| | : | 2:11-cv-00666-GLL |
| Plaintiff, | : | 2:11-cv-00748-GLL |
| | : | |
| v. | : | |
| | : | **CONSOLIDATED AT:** |
| TECHNICOLOR SA, et.al., | : | 2:11-cv-00666-GLL, effective: June 21, 2011 |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER FOR SUBSTITUTION OF MEDIATOR

AND NOW this 1st day of August, 2012, upon consideration of the Joint Motion to Substitute Mediator, **IT IS HEREBY ORDERED** that:

1. Judge Donald Ziegler is substituted as Mediator in place of Judge Kenneth Benson.

2. All other aspects of the Court's Order Referring Case to Alternate Dispute Resolution, dated May 10, 2012, shall remain in full force and effect.

                                                     **BY THE COURT:**

                                                     /s/ Gary L. Lancaster

                                                   _____, C.J.

                                                   Hon. Gary L. Lancaster, Chief U.S. District Judge