IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RYAN C. INMAN, | : ELECTRONICALLY FILED |
| | : |
| Plaintiff, | : 2:11-cv-00666-GLL |
| | : 2:11-cv-00748-GLL |
| v. | : |
| | : **CONSOLIDATED AT:** |
| TECHNICOLOR USA, et. al., | : 2:11-cv-00666-GLL, effective: June 21, 2011 |
| | : |
| Defendants. | : |

## STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41 AS TO DEFENDANT TECHNICOLOR USA, INC.

Pursuant to the provisions of Rule 41, it is HEREBY STIPULATED AND AGREED by the parties, through their designated counsel, that the claims of Plaintiff, Ryan C. Inman, and any cross-claims are hereby DISMISSED WITHOUT PREJUDICE as to Defendant, Technicolor USA, INC.

Date: September 19, 2012

Respectfully submitted,

/s/ Daniel J. Sinclair
Daniel J. Sinclair, Esq.
Robert Hafner, Esq.
ECKERT SEAMANS CHERIN & MELLOTT
*Counsel for Defendant-Technicolor USA, Inc.*

/s/Paul A. Tershel
Paul A. Tershel, Esq.
Jarrod T. Takah, Esq.
55 South Main St.
Washington, PA 15301
*Attorneys for Plaintiff*

/s/Michael Sweeney
Michael Sweeney, Esq.
Lisa Barnett, Esq.
DICKIE McCAMEY & CHILCOTE
*Counsel for Defendant-CBS and Defendant-GE*

{J1678672.1}

| | |
|---|---|
| /s/Terrance Henne | /s/Joni Mangino |
| Terrance Henne, Esq. | Joni Mangino, Esq. |
| Concetta Silvaggio, Esq. | Matthew Breneman, Esq. |
| WILLMAN & SILVAGGIO | ZIMMER KUNZ |
| *Counsel for Defendant-MCM* | *Counsel for Defendant-Richardson* |

AND NOW, this __24th__ day of __Sept__, 2012, IT IS SO ORDERED.

BY THE COURT:

_____, C.J.
CHIEF JUDGE GARY L. LANCASTER

{J1678672.1}

2