IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RYAN C. INMAN, <br><br> Plaintiff, <br><br> v. <br><br> TECHNICOLOR USA, et. al., <br><br> Defendants. | ELECTRONICALLY FILED <br><br> 2:11-cv-00666-GLL <br> 2:11-cv-00748-GLL <br><br> **CONSOLIDATED AT:** <br> 2:11-cv-00666-GLL, effective: June 21, 2011 |

**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**
**PURSUANT TO RULE 41 AS TO DEFENDANT TECHNICOLOR USA, INC.**

Pursuant to the provisions of Rule 41, it is HEREBY STIPULATED AND AGREED by the parties, through their designated counsel, that the claims of Plaintiff, Ryan C. Inman, and any cross-claims are hereby DISMISSED WITHOUT PREJUDICE as to Defendant, Technicolor USA, INC.

Date: September 19, 2012     Respectfully submitted,

/s/ Daniel J. Sinclair
Daniel J. Sinclair, Esq.
Robert Hafner, Esq.
ECKERT SEAMANS CHERIN & MELLOTT
*Counsel for Defendant-Technicolor USA, Inc.*

/s/Paul A. Tershel
Paul A. Tershel, Esq.
Jarrod T. Takah, Esq.
55 South Main St.
Washington, PA 15301
*Attorneys for Plaintiff*

/s/Michael Sweeney
Michael Sweeney, Esq.
Lisa Barnett, Esq.
DICKIE McCAMEY & CHILCOTE
*Counsel for Defendant-CBS and Defendant-GE*

{J1678672.1}

/s/Terrance Henne  
Terrance Henne, Esq.  
Concetta Silvaggio, Esq.  
WILLMAN & SILVAGGIO  
*Counsel for Defendant-MCM*

/s/Joni Mangino  
Joni Mangino, Esq.  
Matthew Breneman, Esq.  
ZIMMER KUNZ  
*Counsel for Defendant-Richardson*

AND NOW, this 24th day of Sept, 2012, IT IS SO ORDERED.

BY THE COURT:

_____, C.J.
CHIEF JUDGE GARY L. LANCASTER